**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONOVAN FORD, CARRIE GALAN,**
**JAMES GILMER, JUDY MILLS,**
**BILLIE J. NORRIS, and SHEILA ARNOLD**
**on behalf of themselves and others similarly situated**                **PLAINTIFFS**

**v.**                     **CASE NO. 4:08-CV-00509-BSM**

**TOWNSENDS OF ARKANSAS, INC. and**
**TOWNSENDS, INC.**                                    **DEFENDANTS**

## ORDER

Having heard the statements of counsel in the telephone conference held on September 30, 2009 to discuss the impending deadlines and outstanding motions, it is hereby ordered that all deadlines in this case will be held in abeyance pending the court's ruling on plaintiffs' outstanding motion for leave to designate additional class representatives, to amend motion for class certification pursuant to Fed. R. Civ. P. 23, and to amend complaint (Doc. No. 83). The court will issue a new scheduling order after ruling on the outstanding motion.

IT IS SO ORDERED this 2nd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE