IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONOVAN FORD, CARRIE GALAN,** **PLAINTIFFS**
**JAMES GILMER, JUDY MILLS, and**
**BILLIE J. NORRIS,**
on behalf of themselves and others similarly situated

v. Case No. 4:08-0509-BSM

**TOWNENDS OF ARKANSAS, INC.,**
**and TOWNSENDS, INC.** **DEFENDANTS**

## ORDER

Defendants move for judgment on the pleadings as to counts III and V of the complaint (Doc. No. 110), and plaintiffs do not object; however, they reserve the right to seek redress for these violations within the framework of their other causes of action.

Accordingly, defendants' motion for judgment on the pleadings (Doc. No. 110) is granted and counts III and V of the complaint are dismissed with prejudice.

IT IS SO ORDERED THIS 21st day of January, 2010

_____
UNITED STATES DISTRICT JUDGE