IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONOVAN FORD, CARRIE GALAN,
JAMES GILMER, JUDY MILLS, and
BILLIE J. NORRIS, and SHEILA ARNOLD
on behalf of themselves and others similarly situated        PLAINTIFFS

v.                    Case No. 4:08CV00509-BSM

TOWNENDS OF ARKANSAS, INC.,
and TOWNSENDS, INC.                                          DEFENDANTS

## ORDER

Defendant Townsends, Inc. moves to dismiss the claims of Sheila Arnold and a putative class of persons in North Carolina (Doc. No. 108), arguing that this court lacks personal jurisdiction. In response (Doc. No. 119), Arnold agrees to dismiss her claims without prejudice. Townsends's motion to dismiss (Doc. No. 108) is therefore granted and the claims of Arnold and the putative class of persons in North Carolina are dismissed without prejudice.

The motion to dismiss Arnold's claims for failing to join an indispensable party (Doc. No. 106) is denied as moot.

IT IS SO ORDERED THIS 21st day of January, 2010

_____
UNITED STATES DISTRICT JUDGE