IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONOVAN FORD, et al**                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 4:08CV00509 BSM**

**TOWNSENDS OF ARKANSAS, INC. and**
**TOWNSENDS, INC.**                                                                        **DEFENDANTS**

## ORDER

This case will be held in abeyance pending resolution of defendants' January 3, 2011 bankruptcy petition. The parties are directed to provide notice when the bankruptcy has been resolved so that this case can be placed back on the active docket. The clerk is directed to administratively terminate this case pending resolution of defendants' bankruptcy petition.

IT IS SO ORDERED this 25th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE